IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.  05-30097 |
| | ) | |
| GERALD VONDEBUR, | ) | |
| | ) | |
| Defendant. | ) | |

## OPINION

JEANNE E. SCOTT, U.S. District Judge:

This matter comes before the Court on Defendant Gerald VonDebur's Motion for Furlough (d/e 28).  Defendant VonDebur asks for a furlough to pay his respects at the wake for his late father who died on December 9, 2006.  The wake will be held on December 13, 2006, from 5:00 p.m. to 7:00 p.m. at Kirlin-Egan and Butler Funeral Home (Funeral Home), located at 900 S. Sixth Street, Springfield, Illinois.  The Government and the U.S. Marshal's have no objection on the condition that the U.S. Marshal's procedures are followed and the costs incurred by the U.S. Marshal's in connection with this request are paid in advance.

THEREFORE, Defendant Gerald VonDebur's Motion for Furlough

1

(d/e 28) is ALLOWED, in part, subject to the following conditions. The Court orders that if Defendant VonDebur's family members pay to the U.S. Marshal's Office at 600 E. Monroe, Springfield, Illinois, by 5:00 p.m. on December 12, 2006, the sum of $413.40 by certified check or other certified funds, the cost of transporting Defendant VonDebur to and from the Funeral Home, then the U.S. Marshal's Office shall escort Defendant VonDebur to and from the Funeral Home for a private viewing of his late father at a time convenient to the U.S. Marshal's Office between 5:00 p.m. December 12, 2006, and the scheduled time of the wake. Defendant VonDebur shall remain in the custody of the U.S. Marshal's Office at all times.

IT IS THEREFORE SO ORDERED.

ENTER: December 11, 2006.

FOR THE COURT:

s/ Jeanne E. Scott
JEANNE E. SCOTT
UNITED STATES DISTRICT JUDGE